**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adams, Teresita | 4/10/1953 | Florida | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I-IX |
| 2. | Albalos, Candy | 8/13/1979 | Colorado | District of Colorado | Yes | Yes | No | Thyroid Cancer | Counts I-IX |
| 3. | Albrecht, Celeste | 12/3/1953 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-IX |
| 4. | Alexander, Kemen | 12/10/1984 | Ohio | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 5. | Allen, Richard | 5/12/1964 | Texas | Eastern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 6. | Antonini, Jackie | 8/27/1953 | Illinois | Central District of Illinois | No | Yes | No | Kidney Cancer | Counts I-IX |
| 7. | Ayala, Venehisa | 10/19/1983 | New York | Southern District of New York | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 8. | Bailey Jr., Hosey | 2/23/1970 | Florida | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 9. | Baker, Catherine | 5/2/1954 | North Carolina | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-IX |
| 10. | Ballerini, Andrew | 11/14/1955 | New Jersey | District of New Jersey | No | Yes | No | Testicular Cancer and Thyroid Cancer | Counts I-IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Barbano, Linda o/b/o deceased Party Gregory Benaitis | 7/29/1963 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-X |
| 12. | Barnette, Steven | 2/11/1965 | Arkansas | Western District of Arkansas | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 13. | Basiratmand, Reuben | 2/26/1996 | New York | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 14. | Baumann, Christopher | 3/10/1963 | North Carolina | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-IX |
| 15. | Bell, Kinnedy | 1/20/1961 | Alabama | Northern District of Alabama | No | Yes | No | Thyroid Disease | Counts I-IX |
| 16. | Bingham, Richard | 12/29/1965 | Texas | Western District of Texas | No | Yes | No | Liver Cancer | Counts I-IX |
| 17. | Blair, Anthony | 4/29/1972 | Kentucky | Eastern District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-IX |
| 18. | Botswana, Brody | 11/29/1965 | Nevada | District of Nevada | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 19. | Brickhouse Jr., Dennis | 9/19/1946 | Virginia | Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I-IX |
| 20. | Burrell, Janice | 2/12/1964 | Alabama | Southern District of Alabama | No | Yes | No | Thyroid Disease | Counts I-IX |
| 21. | Bushey, Danielle | 6/28/1991 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Cairl, Scott | 9/10/1961 | Idaho | District of Idaho | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 23. | Carlson, Shannon | 10/31/1997 | Oklahoma | Western District of Oklahoma | No | Yes | No | Thyroid Disease | Counts I-IX |
| 24. | Carter III, Walter | 9/24/1949 | Alabama | Middle District of Alabama | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 25. | Chapin, Rick | 12/20/1988 | Washington | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-IX |
| 26. | Chavira jr, Jose Luis | 11/18/1986 | Texas | Southern District of Texas | No | Yes | No | Testicular Cancer | Counts I-IX |
| 27. | Clayton, Yvette | 10/13/1956 | Alabama | Northern District of Alabama | No | Yes | No | Thyroid Disease | Counts I-IX |
| 28. | Clifton, Allan | 7/26/1953 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 29. | Cline, Brandie | 8/28/1982 | Alabama | Northern District of Alabama | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 30. | Collins, Brina | 9/19/1967 | Arkansas | Western District of Arkansas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 31. | Columbo, Larry | 6/27/1954 | Illinois | Northern District of Illinois | No | Yes | No | Testicular Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Conner, Zhamira | 4/6/1963 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 33. | Coon, Robin | 2/22/1958 | New York | Western District of New York | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 34. | Cornell, Chris | 5/4/1946 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-IX |
| 35. | Cress III, Monte | 10/20/1982 | Oregon | District of Oregon | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 36. | Crowell Jr., Larry | 12/20/1978 | Mississippi | Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-IX |
| 37. | Cruz, Roberto | 6/22/1958 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX |
| 38. | Cuddy III, Eugene | 8/21/1978 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 39. | Custer Jr., Charles | 10/15/1980 | California | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 40. | DeGratto, Frank | 11/7/1957 | New York | Eastern District of New York | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 41. | Devito, Raymond | 5/31/1938 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX |
| 42. | Diggs, Bobby | 1/27/1979 | Texas | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Diggs, Brittany | 8/14/1992 | Texas | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 44. | Dirmeyer, Todd | 9/3/1956 | Washington | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-IX |
| 45. | Dodd, Shawn | 7/20/1980 | Kansas | District of Kansas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 46. | Domangue, Anna | 11/30/1962 | Indiana | Southern District of Indiana | No | Yes | No | Liver Cancer | Counts I-IX |
| 47. | Dundas, Robert | 10/19/1963 | Maine | District of Maine | No | Yes | No | Testicular Cancer | Counts I-IX |
| 48. | East, William | 5/5/1950 | Washington | Western District of Washington | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 49. | Eleby, Tyrone | 12/6/1956 | Delaware | District of Delaware | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 50. | Epstein, Robert | 7/21/1947 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 51. | Fontenot, Demetre | 7/9/1994 | Kentucky | Western District of Kentucky | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 52. | Frank, Daniel | 6/4/1960 | Montana | District of Montana | No | Yes | No | Thyroid Disease | Counts I-IX |
| 53. | Furrow, Chase | 7/19/1982 | Virginia | Eastern District of Virginia | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 54. | Fuszner Sr., Frank | 4/20/1949 | Missouri | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | Glebocki, Anthony | 3/20/1953 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 56. | Governo, Sophia | 6/20/2000 | Massachusetts | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 57. | Griffith, Patty | 3/21/1980 | Alabama | Northern District of Alabama | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 58. | Guynn, Allison | 3/22/1980 | Tennessee | Western District of Tennessee | No | Yes | No | Thyroid Disease | Counts I-IX |
| 59. | Hannett, Harold | 11/12/1951 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer and Thyroid Disease | Counts I-IX |
| 60. | Harrington, Brian | 3/24/1977 | Maryland | District of Maryland | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 61. | Harty Jr., Joseph | 2/17/1939 | Georgia | Northern District of Georgia | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 62. | Heffelfinger, Rodman | 10/31/1970 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-IX |
| 63. | Heimberg, Sandra | 9/22/1947 | Connecticut | District of Connecticut | No | Yes | No | Thyroid Disease | Counts I-IX |
| 64. | Henson, Jeffrey | 8/7/1957 | Indiana | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-IX |
| 65. | Hinkle, Stephaney | 2/10/1999 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 66. | Hodges, James | 3/9/1972 | Texas | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-IX |
| 67. | Holmes, Ronald | 4/28/1985 | Mississippi | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 68. | Hope, Jan | 2/28/1953 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-IX |
| 69. | Hudson, Susan | 6/21/1966 | Indiana | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-IX |
| 70. | Ivey, Tracy | 3/8/1974 | North Carolina | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-IX |
| 71. | Jefferson MD, Michael | 9/10/1972 | Maryland | District of Maryland | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 72. | Jekonski Jr., Ronald | 12/20/1970 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 73. | Jerry, Scott | 12/18/1965 | Arkansas | Western District of Arkansas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 74. | Johnson, Nicole | 3/23/1977 | Alabama | Northern District of Alabama | No | Yes | No | Liver Cancer | Counts I-IX |
| 75. | Jones, Kayla o/b/o deceased Party Teresa Ragsdale | 5/2/1958 | Georgia | Southern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-X |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Joseph, Harolyn | 3/8/1954 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis and Thyroid Disease | Counts I-IX |
| 77. | King, Paul | 11/29/1951 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX |
| 78. | King, Robert | 8/13/1952 | Texas | Western District of Texas | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 79. | Kumar, Sudesh | 1/13/1941 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 80. | Laswell, Debbie | 5/12/1967 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 81. | Lee, Julie | 9/23/1961 | Mississippi | Southern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 82. | Little, Clint | 10/22/1972 | North Carolina | Middle District of North Carolina | Yes | Yes | No | Testicular Cancer | Counts I-IX |
| 83. | Love, Tonia | 1/10/1973 | Alabama | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 84. | MacDonald Jr., Reginald | 3/11/1955 | Washington | Western District of Washington | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 85. | Mack, Jamel | 9/23/1979 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | Manlove, Donald | 6/17/1941 | Arkansas | Western District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-IX |
| 87. | Martin, Misty | 3/15/1978 | Kentucky | Western District of Kentucky | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 88. | McClay, Marjorie | 1/2/1985 | New Hampshire | District of New Hampshire | No | Yes | No | Thyroid Disease | Counts I-IX |
| 89. | McCollough, Kim | 10/12/1961 | Ohio | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-IX |
| 90. | McElroy, John | 6/4/1952 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer | Counts I-IX |
| 91. | McGuigan, Tina | 4/5/1972 | Missouri | Western District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 92. | Medadian, Paulette | 6/16/1977 | Arizona | District of Arizona | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 93. | Meridy, Ronald | 5/4/1958 | Texas | Eastern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 94. | Mestas, Albert | 11/23/1953 | Arizona | District of Arizona | No | Yes | No | Thyroid Disease | Counts I-IX |
| 95. | Miller, Robert | 4/2/1945 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX |
| 96. | Mishan, Sharon | 3/7/1971 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 97. | Morales, Mario | 7/16/1958 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Mosher, Taylor | 7/8/1993 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-IX |
| 99. | Mountjoy, Randall | 12/24/1954 | Alabama | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-IX |
| 100. | Mulligan, Sean | 1/11/1981 | Maryland | District of Maryland | No | Yes | No | Testicular Cancer | Counts I-IX |
| 101. | Neff, Peter | 12/14/1962 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 102. | Orlando, Joseph | 6/8/1972 | New York | Eastern District of New York | Yes | Yes | No | Thyroid Cancer | Counts I-IX |
| 103. | O'Rourke, Sherry | 3/7/1964 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 104. | O'rourke, Vincent | 10/16/1961 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 105. | Otis, James | 8/4/1984 | Maryland | District of Maryland | No | Yes | No | Thyroid Disease | Counts I-IX |
| 106. | Padilla, Scott | 3/13/1967 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-IX |
| 107. | Pankey, Tony | 9/4/1968 | Florida | Northern District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX |
| 108. | Perryman, Eboni | 10/31/1978 | Ohio | Southern District of Ohio | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 109. | Peterson, William | 1/13/1957 | Indiana | Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 110. | Pigue, Gina | 12/9/1978 | Texas | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 111. | Pirovolidis, Leonidas | 9/10/1962 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-IX |
| 112. | Purser, Jomas | 12/27/2005 | Colorado | District of Colorado | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 113. | Queen, Darlene | 10/29/1965 | Maryland | District of Maryland | No | Yes | No | Thyroid Disease | Counts I-IX |
| 114. | Reay, Kathryn | 5/1/1963 | Washington | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-IX |
| 115. | Rincon Jr., Manuel | 6/5/1948 | Texas | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 116. | Roachford, Donna | 5/16/1959 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX |
| 117. | Roberts, Frances | 1/14/1956 | Colorado | District of Colorado | No | Yes | No | Liver Cancer and Thyroid Disease | Counts I-IX |
| 118. | Rocco, Marc | 4/3/1967 | New York | Eastern District of New York | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 119. | Rodriguez, Arturo | 4/23/1962 | Texas | Northern District of Texas | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 120. | Rodriguez, Rosalinda | 8/13/1962 | Texas | Northern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Rush, Jennifer | 2/12/1975 | California | Eastern District of California | No | Yes | No | Thyroid Disease | Counts I-IX |
| 122. | Santiago, Zoraida | 9/11/1995 | Georgia | Southern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-IX |
| 123. | Schambow, Zach | 4/20/1989 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer | Counts I-IX |
| 124. | Schenk, Megan | 4/18/1984 | Utah | District of Utah | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 125. | Slaughter, Stephanie | 11/19/1993 | North Carolina | Western District of North Carolina | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 126. | Smith, David | 10/7/1967 | Kentucky | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-IX |
| 127. | Smith, Kenneth | 1/15/1971 | California | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 128. | Stanwix, Christopher | 3/26/1969 | Oklahoma | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-IX |
| 129. | Stella, Anna | 11/7/1967 | Wisconsin | Western District of Wisconsin | No | Yes | No | Thyroid Disease | Counts I-IX |
| 130. | Sullivan, Samantha | 4/4/1989 | New York | Southern District of New York | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 131. | Thibodeau, Stephen | 3/6/1959 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer | Counts I-IX |
| 132. | Thomas, Thomas | 2/14/1968 | Vermont | District of Vermont | No | Yes | No | Ulcerative Colitis and Thyroid Disease | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 133. | Thompson, Tiffany | 3/17/1981 | Texas | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 134. | Tingle Jr., Ross | 8/29/1946 | Mississippi | Southern District of Mississippi | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 135. | Toddeco, Alfred | 11/5/1952 | Massachusetts | District of Massachusetts | No | Yes | No | Testicular Cancer | Counts I-IX |
| 136. | Torbert, Selinda | 5/27/1971 | Georgia | Southern District of Georgia | No | Yes | No | Thyroid Cancer and Thyroid Disease | Counts I-IX |
| 137. | Trammell, Tyrone | 6/8/1956 | Illinois | Central District of Illinois | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 138. | Traynor-Corey, Todd | 7/19/1983 | Washington | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-IX |
| 139. | Turner, Carolyn | 12/11/1952 | Alabama | Northern District of Alabama | No | Yes | No | Thyroid Disease | Counts I-IX |
| 140. | Vilela, Alexandra | 7/9/1962 | Virginia | Western District of Virginia | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 141. | Viree, Wilma | 2/26/1961 | Louisiana | Western District of Louisiana | No | Yes | No | Thyroid Disease | Counts I-IX |
| 142. | Waggoner, Evelyn | 10/29/1957 | Illinois | Central District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 143. | Wallace, Daniel | 10/11/1971 | Oregon | District of Oregon | Yes | Yes | No | Thyroid Cancer | Counts I-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 144. | Ward, Makayla | 10/26/2001 | Oklahoma | Western District of Oklahoma | No | Yes | No | Thyroid Disease | Counts I-IX |
| 145. | Whisler, Jareth | 5/2/2000 | Kansas | District of Kansas | Yes | Yes | No | Thyroid Disease | Counts I-IX |
| 146. | White, Wendy | 9/17/1971 | Texas | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-IX |
| 147. | Williams, Earl | 9/29/1986 | West Virginia | Northern District of West Virginia | No | Yes | No | Ulcerative Colitis | Counts I-IX |
| 148. | Windham, James | 1/24/1955 | Missouri | Western District of Missouri | No | Yes | No | Thyroid Cancer | Counts I-IX |
| 149. | Witte, Tyler | 6/9/1981 | California | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX |
| 150. | Woods, Damein | 6/4/1988 | Maryland | District of Maryland | No | Yes | No | Ulcerative Colitis | Counts I-IX |